UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | | |
|---|---|---|
| CYRUS AHMAD EBRAHIMI, individually and on behalf of all others similarly situated, | ) ) ) ) ) | Case No. 8:09-cv-01109-CJC-(SHx)  ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |
| Plaintiff, vs. | ) ) ) | |
| WEST ASSET MANAGEMENT, INC., | ) ) | |
| Defendant. | ) | |

Based on the Stipulation to Dismiss Entire Action with Prejudice by Plaintiff Cyrus Ahmad Ebrahimi and Defendant West Asset Management, Inc., the above-captioned action is hereby dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

DATED: June 14, 2012          _____
                              THE HONORABLE CORMAC J. CARNEY
                              UNITED STATES DISTRICT JUDGE